**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**LARRY BALL,**

    *Plaintiff,*

v.                                     **Case No: 1:24-CV-24279-KKM**

**COLLECTION BUREAU OF FORT WALTON BEACH, INC., and EQUIFAX INFORMATION SERVICES, LLC,**

    *Defendants.*

_____/

**NOTICE OF DISMISSAL WITH PREJUDICE**

All Parties having resolved this matter between themselves by mutual agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES this action with prejudice, effective February 11, 2025, each party to bear its own costs and attorneys' fees.

Respectfully submitted on February 11, 2025.

                                                /s/ *Christian Cok*
                                              Christian E. Cok, Esq.
                                              Florida Bar Number: 1032167
                                              Seraph Legal, P. A.
                                              2124 W Kennedy Blvd., Suite A
                                              Tampa, FL 33606
                                              (813) 321-2349
                                              CCok@SeraphLegal.com
                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 11, 2025, a copy of the foregoing was filed electronically via the CM/ECF System and served via e-Notice to all counsel of record.

                                      */s/ Christian Cok*
                                      Christian E. Cok, Esq.
                                      Florida Bar # 1032167